# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASSANDRA BROOKER,

    Defendant.

Case No.: 2:18-cr-00299-KJD-NJK

ORDER UNSEALING CASE

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 8th day of November, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE