RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Cassandra Brooker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CASSANDRA BROOKER,<br><br>        Defendant. | Case No. 2:18-cr-00299-KJD-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Cassandra Brooker, that the Preliminary Hearing currently scheduled on June 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

      This Stipulation is entered into for the following reasons:

      1.    Defense counsel has not yet met with defendant and requires more time to meet with and counsel the defendant on her legal options.

      2.    Defendant's Probation Officer will be on leave until June 27, 2023.

      3.    The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED this 15th day of June, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Justin J. Washburne*<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASSANDRA BROOKER,<br><br>    Defendant. | Case No. 2:18-cr-00299-KJD-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, June 22, 2023 at 9:00 a.m., be vacated and continued to **July 27, 2023 at 2:00 p.m.**

    DATED: June 15, 2023.

                                                                     _____<br>
                                                                     UNITED STATES MAGISTRATE JUDGE