**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00299-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CASSANDRA BROOKER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 5, 2023 at 12:00 p.m., be vacated and continued to September 12, 2023 at the hour of 10:00 a.m.; or to a time and date convenient to the court in courtroom 4A.

DATED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE